UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRIAN BAUER ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 5:21-cv-492-FL |
| CHARTER SCHOOLS USA, INC. ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 13, 2022, and for the reasons set forth more specifically therein, defendant's motion to dismiss are GRANTED in part and DENIED in part as moot. Plaintiff's claim for wrongful discharge is DISMISSED for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on July 13, 2022, and Copies To:**
Joseph Douglas Budd  (via CM/ECF Notice of Electronic Filing)
Stacy K. Wood / Tory Ian Summey (via CM/ECF Notice of Electronic Filing)

July 13, 2022                    PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk